```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ANDREW BAER et al.,                                                :
                                                                   :
                        Plaintiffs,                                :
                                                                   :
        -v-                                                        :   22-CV-0994 (JMF)
                                                                   :
DUFF & PHELPS, LLC,                                                :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
ATKINS INVESTMENT PARTNERSHIP et al.,                              :
                                                                   :
                        Plaintiffs,                                :
                                                                   :   22-CV-1168 (JMF)
        -v-                                                        :
                                                                   :
DUFF & PHELPS, LLC,                                                :   ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that counsel for the parties in the above-captioned actions shall confer as to whether these two actions should be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure or otherwise coordinated. No later than **March 21, 2022**, counsel shall submit a joint letter, to be filed on the docket in both cases, indicating their positions regarding such consolidation or coordination.

      SO ORDERED.

Dated: March 7, 2022  
      New York, New York

                                                      JESSE M. FURMAN  
                                                    United States District Judge